No. 95–6723. TOMLIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6725. JOHNSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6727. JAMES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6728. JEANISE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–6729. MEJIA-CENDEJAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6732. MUSCOREIL v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 95–6733. KETCHUM v. ROSWELL, ARIZONA, ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–6735. DEBARI v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–6736. DONAHUE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6738. FAISON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6739. FONTENOT v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–6740. GOODWIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6743. ORELLANA v. KYLE. C. A. 5th Cir. Certiorari denied.

No. 95–6744. SMITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6745. BARKSDALE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.